U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

APR - 5 2018

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CHARLES ALVIN CUMMINGS | CIVIL ACTION 1:18-CV-00164 |
| VERSUS | JUDGE DRELL |
| SERGEANT FORD, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Cummings's motion for injunctive relief (Doc. 1) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 4 day of April, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT